IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2005 JUN -8  A 9: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| NANCY HAWKINS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 1: 05CV540-W |
| | * | JURY DEMAND |
| DALE MEDICAL CENTER, | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT

## JURISDICTION

1.    This action is brought in accordance with the American Disabilities Act, further known as 42 U.S.C. §12101 et seq., 42 U.S.C. §1981a, and 29 U.S.C. §621 et. seq.

2.    The actions complained of occurred within the Middle District of Alabama in Dale County, Alabama.

## STATEMENT OF THE PARTIES

3.    Plaintiff, Nancy Hawkins, is over the age of nineteen (19) years and is a resident citizen of Houston County, Alabama.

4.    Defendant, Dale Medical Center, is an Alabama Company doing business in Ozark, Dale County, Alabama.

## STATEMENT OF FACTS

5.    The Plaintiff, Nancy Hawkins, was employed at the Dale Medical Center in Ozark, Dale County, Alabama as a Social Worker.  During the time of her employment, the Plaintiff contends that she received an above-standard evaluation.

6.    One week after the evaluation, Plaintiff received a list of deficiencies that were

1

not listed on or referred to in her evaluation by her supervisor, Sandra Fitzgerald.

7.    Plaintiff contends that on earlier occasions, Fitzgerald had stated that she did not know why Plaintiff was working at her age with her eye problems.

8.    Plaintiff is legally blind with vision correctable to 20/300. She requires large print computers and paper type in order to be able to read. Plaintiff is 61 years old.

9.    Plaintiff had requested and even provided large type documents, in which her employer refused to allow her to use.

10.    Plaintiff contends that she has been denied reasonable accommodations for her disability, and further contends that she has been discriminated against on the basis of both her age, being 61, and her visual disability.

11.    Plaintiff was ultimately terminated due to alleged unsatisfactory work, even though she had received an above-standard evaluation prior to her termination.

12.    Plaintiff filed her EEOC complaint on or about September 1, 2004.

13.    Plaintiff received her letter to sue on or about March 16, 2005.

## COUNT I

14.    Plaintiff adopts and realleges all facts as stated above and further contends that the Defendant, by and through the actions of its employees, has discriminated against the Plaintiff by treating her in a hostile and harassing manner, on the basis of her disability, and refusing to offer reasonable accommodations, in violation of the American Disabilities Act, further known as 42 U.S.C. §12101 et seq. and 42 U.S.C. §1981a.

WHEREFORE, Plaintiff demands judgment against Defendant for such sums as the jury may award for both compensatory and punitive damages, all back pay and equitable relief, including all attorney's fees and costs, to which she would be entitled for discrimination in

violation of the American Disabilities Act, further known as 42 U.S.C. §2101 et seq. and 42

U.S.C. §1981a.

## COUNT II

15.    Plaintiff adopts and realleges all facts as stated above and would further

contend that the Defendant, by and through the actions of its employees, has discriminated

against the Plaintiff by treating her in a hostile and harassing manner, and terminating her, on the

basis of her age, in violation of 29 U.S.C. §621 et. seq.

WHEREFORE, Plaintiff demands judgment against Defendant for such sums as the jury

may award for both compensatory and punitive damages, all back pay and equitable relief,

including all attorney's fees and costs, to which she would be entitled for discrimination in

violation of 29 U.S.C. §621 et. seq.

Respectfully submitted this ___ day of June, 2005.

BANKS T. SMITH (SMI101)
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
HALL, SMITH, PRIM & FREEMAN, P.A.
POST OFFICE BOX 1748
DOTHAN, ALABAMA 36302
(334) 793-3610
FAX (334) 671-1843

PLAINTIFF DEMANDS TRIAL BY JURY.

OF COUNSEL

Defendant's address for service:
Dale Medical Center
100 Hospital Avenue
Ozark, AL 36360

3