AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>    Middle    </u> District of <u>    Alabama    </u>

Nancy Hawkins
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:05cv540-W

Dale Medical Center
Defendant

TO: (Name and address of Defendant)

Dale Medical Center
100 Hospital Avenue
Ozark, AL 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Banks T. Smith
Hall, Smith, Prim & Freeman, P.A.
Post Office Box 1748
Dothan, AL 36302
(334) 793-3610

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                     6-13-05

CLERK                                                          DATE

*[signature]*

(By) DEPUTY CLERK