**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    DALE MEDICAL CENTER
    100 HOSPITAL AVENUE
    OZARK, AL 36360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Debbie Mathews_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
   Debbie Mathews

C. Date of Delivery
   6/14/05

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   1:05CV540-W
   S+C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7002 2030 0000 7864 6492

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540