**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **Nancy Hawkins** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| v. | ) | **1:05cv540 W** |
| | ) | |
| **Dale Medical Center** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Dale Medical Center, pursuant to FRCP 7.1, states that it does not have any subsidiaries, conglomerates, affiliates or parent corporations. There is no publicly held corporation which owns 10 percent or more of the stock of Dale Medical Center.

                                            Respectfully Submitted,

                                            s/Albert L. Vreeland, II_____
                                             Albert L. Vreeland, II
                                             Jennifer L. Howard

OF COUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

     I hereby certify that on June 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Banks T. Smith, Esq.
        Hall & Smith
        P. O. Box 1748
        Dothan, Alabama 36302

        Respectfully submitted,


        s/Albert L. Vreeland, II
         Albert L. Vreeland, II