IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY HAWKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DALE MEDICAL CENTER, )<br>)<br>Defendant. ) | CIVIL ACTION NUMBER:<br>1:05cv540 W |

### REPORT OF PARTIES' PLANNING MEETING

COME NOW, the parties, and file with the Court the following Report of Parties' Planning Meeting pursuant to Federal Rules of Civil Procedure 26(f).

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 8, 2005, and the following counsel participated:

    Banks T. Smith on behalf of Plaintiff, Nancy Hawkins, and

    Jennifer L. Howard on behalf of Defendant, Dale Medical Center.

2. Pre-Discovery Disclosures. The parties will exchange by September 15, 2005, the information required by Local Rule 26.1(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following plan:

    a. Discovery will be needed on the following subjects: Plaintiff's claims, Defendant's defenses, and damages issues.

    b. All discovery commenced in time to be completed by March 28, 2006.

    c. Maximum of 25 interrogatories by each party to any other party. Responses due thirty (30) days after service.

   d. Maximum of 25 requests for production by each party to any other party. Responses due thirty (30) days after service.

   e. Maximum of 25 requests for admission by each party to any other party. Responses due thirty (30) days after service.

   f. Maximum of seven depositions by Plaintiff and seven by Defendant.

4. Reports from retained experts under Rule 26(a)(2) due:

   from Plaintiff by November 20, 2005;

   from Defendant by December 20, 2006.

   a. Supplementations under Rule 26(e) due thirty (30) days before the close of discovery.

5. Other Items.

   a. The parties do not request a conference with the court before entry of the scheduling order.

   b. Plaintiff should be allowed until September 15, 2005 to join additional parties and until September 15, 2005, to amend the pleadings.

   c. Defendant should be allowed until October 15, 2005, to join additional parties and until October 15, 2005, to amend the pleadings.

   d. All potentially dispositive motions should be filed by February 28, 2006.

   e. Settlement cannot be realistically evaluated prior to close of discovery.

   f. The parties request a final pretrial conference in June 2006.

      g.    Final lists of trial evidence and objections thereto under Rule 26(a)(3) will be due on dates as determined by the court:

      from Plaintiff: witnesses by thirty (30) days prior to trial; exhibits by thirty (30) days prior to trial.

      from Defendant: witnesses by thirty (30) days prior to trial; exhibits by thirty (30) days prior to trial.

      h.    The case should be ready for trial by July 2006 and at this time is expected to take approximately two to three days.

DATED this 8th day of August, 2005.

Respectfully Submitted,

_____
Jennifer L. Howard HOW052
Albert L. Vreeland, II

OF COUNSEL:
LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
Telephone: (205) 326-3002
Facsimile: (205) 326-3008
E-mail: Jhoward@lmpv.com

_____
Banks T. Smith

OF COUNSEL:
Hall & Smith
P. O. Box 1748
Dothan, Alabama 36302
Telephone: (334) 793-3610
Facsimile: (334) 671-1843

138628