RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

2005 AUG 17  A 9: 29

| | | |
|---|---|---|
| Nancy Hawkins _____ , | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05 CV 540-W |
| | ) | |
| Dale Medical Center _____ , | ) | |
| | ) | |
| Defendant(s). | ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

August 16, 2005
_____
Date

_____
Signature

Dale Medical Center
_____
Counsel For (**print** name of all parties)

P.O. Box 11945, Birmingham, AL  35202-1945 _____
_____
Address, City, State Zip Code

(205) 323-8219
_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**