IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Nancy Hawkins,                    )
                                  )
    Plaintiff(s),                 )
                                  )
v.                                )    CIVIL ACTION NO. 1:05cv540-W
                                  )
Dale Medical Center               )
                                  )
    Defendant(s).                 )

RECEIVED
2005 AUG 19 A 9: 47

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____    _____
Date                        Banks T. Smith    Signature

Nancy Hawkins
_____
Counsel For (**print** name of all parties)

P.O. Box 1748; Dothan AL 36302
_____
Address, City, State Zip Code

334-793-3610
_____
Telephone Number


**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101