IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NANCY HAWKINS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | CIVIL ACTION NUMBER: |
| | * | 1:05CV540 W |
| **DALE MEDICAL CENTER,** | * | |
| | * | |
| **Defendant.** | * | |

### PLAINTIFF'S EXPERT WITNESS DISCLOSURE

COMES now the Plaintiff in the above styled matter, and provides the following witnesses:

1. Nicholas Barreca, MD—Ophthalmologist. He can testify about Ms. Hawkins being legally blind and unable to operate a motor vehicle, as well as other restrictions that she has.

Submitted this the 5th day of December 2005.

> **/s/ Banks T. Smith**
> BANKS T. SMITH (SMI 101)
> Attorney for the Plaintiff
> Hall, Smith, Prim & Freeman, P.A.
> 360 North Oates Street
> P.O. Box 1748
> Dothan, AL 36302
> Tel: (334) 793-3610
> Fax: (334) 671-1843
> bsmith@hallsmith.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing document to the following persons by faxing a copy on this date and placing the original in the U.S. Mail, postage prepaid and properly addressed this the 5th day of December 2005.

JENNIFER L. HOWARD, ESQ.
Lehr, Middlebrooks, Price & Vreeland, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945

                                            **/s/ Banks T. Smith**
                                            OF COUNSEL