

# Wiregrass Total Eye Care

E.L. Gibson Professional Building  
207 East Brunson St., Suite 300  
Enterprise, Alabama 36330  
334-347-7822

Nicholas E. Barreca, M.D.  
Allan J. Kelley, M.D.  
Jennifer Larkin, O.D.

Medical/Surgical Ophthalmology  
Refractive/Laser Surgery  
Diabetic Eye Diseases  
Cataracts/Glaucoma  
Glasses/Contacts

August 19, 2004

State of Alabama  
Department of Industrial Relations  
Montgomery, Alabama  36131  
Attention: Cecelia Thomas

RE: Nancy E. Hawkins

Dear Ms. Thomas,

Nancy Hawkins is a patient of mine since February 24, 1997. She has a visual acuity of count fingers at five feet in her right eye, and count fingers at four feet in her left eye. This is a result of her having juvenile macular degeneration.

If you have any questions or should you need more information, please contact me at the numbers above.

Sincerely,

Nicholas E. Barreca, M.D.  
Ophthalmologist

NEB/slg

"Specializing In Medical, Surgical, and Optical Eye Care For Children and Adults"  
www.SoutheastEyeClinic.com

Dale Medical Center/Hawkins - Medical Records from Wiregrass Total Eye Care Produced by Defendant        T00479