

**WIREGRASS TOTAL EYE CARE CLINIC**
& Aero-Oculist Consultants

E. L. Gibson Professional Building
207 East Brunson Street, Suite 300
Enterprise, Alabama 36330
Phone (334) 347-7822

Nicholas E. Barreca, M.D.
EYE PHYSICIAN & SURGEON

12 October 1998

TO WHOM IT MAY CONCERN:

Re: Mrs. Nancy E. Hawkins
    111 Wentworth Drive
    Dothan, Alabama 36305

I first examined Mrs. Hawkins on 24 February 1997 and then again on 27 March 1998.

At her most recent visit, her best corrected visual acuity was 20/300, pinholed to 20/200 O.D.; and 20/200 with no improvement by pinhole, O.S. Thus, this patient is legally blind, secondary to juvenile macular degeneration.

Sincerely yours,

Nicholas E. Barreca, M.D.