**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **NANCY HAWKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **1:05cv540 W** |
| ) | |
| **DALE MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Dale Medical Center, Defendant in the above-styled action, pursuant to Federal Rule of Civil Procedure 56, moves this Court to enter judgment in its favor with respect to all claims asserted by Plaintiff. Defendant avers that with respect to the foregoing motion, there is no genuine issue as to any material fact, and Defendant is entitled to summary judgment as a matter of law. The foregoing is based upon the pleadings, and the evidentiary submission and memorandum of law being filed concurrently herewith.

    Respectfully Submitted,

    s/Albert L. Vreeland, II
    Albert L. Vreeland, II  ASB-0066-V78A

LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Banks T. Smith, Esq.
        Hall, Smith, Prim & Freeman, P.A.
        P. O. Box 1748
        Dothan, Alabama 36302

        Respectfully submitted,

        s/Albert L. Vreeland, II
        Albert L. Vreeland, II  ASB-0066-V78A
        Lehr Middlebrooks Price & Vreeland, P.C.
        P.O. Box 11945
        Birmingham, AL 35202-1945
        Phone:  (205) 326-3002
        Fax:  (205) 326-3008
        E-mail: avreeland@lmpv.com
        Bar No.: ASB-0066-V78A

150753