IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NANCY HAWKINS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DALE MEDICAL CENTER,** )<br>)<br>Defendant. ) | **CIVIL ACTION NUMBER:**<br>**1:05cv540 W** |

**DEFENDANT'S EVIDENTIARY SUBMISSION**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Dale Medical Center, Defendant in the above-styled action, submits the following evidence in support of its Motion for Summary Judgment filed simultaneously herewith:

    A.    Affidavit of Sandra Fitzgerald and Exhibit A attached thereto;

    B.    Affidavit of Jennifer Simmons and Exhibits A and B attached thereto;

    C.    Excerpts from the Deposition of Nancy Hawkins and Exhibits attached thereto.

    Respectfully Submitted,

    s/Albert L. Vreeland, II
    Albert L. Vreeland, II  ASB-0066-V78A

LEHR MIDDLEBROOKS PRICE & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

    I hereby certify that on March 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Banks T. Smith, Esq.
>Hall, Smith, Prim & Freeman, P.A.
>P. O. Box 1748
>Dothan, Alabama 36302

>Respectfully submitted,
>
>s/Albert L. Vreeland, II
>Albert L. Vreeland, II  ASB-0066-V78A
>Lehr Middlebrooks Price & Vreeland, P.C.
>P.O. Box 11945
>Birmingham, AL 35202-1945
>Phone:  (205) 326-3002
>Fax:  (205) 326-3008
>E-mail: avreeland@lmpv.com
>Bar No.: ASB-0066-V78A

150700.doc