# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NANCY HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **v.** | ) | **1:05cv540 W** |
| | ) | |
| **DALE MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF SANDRA FITZGERALD

STATE OF ALABAMA    )
COUNTY OF DALE     )

My name is Sandra Fitzgerald, formerly Sandra Smolinski. I am a resident of the State of Alabama, over twenty-one (21) years of age, and give this Affidavit of my own free will. I have personal knowledge of the information contained in this Affidavit.

1. I am the Director of Nursing of New Day Senior Health and am employed by SeniorHealth, Inc. SeniorHealth, Inc. is an independent management services company which contracts with Dale Medical Center to manage New Day Senior Health, a ten bed senior psychiatric unit. I held this position at the time of Nancy Hawkins' employment with Dale Medical Center.

2. There is only one social worker position on the New Day Senior Health unit and that social worker has a critical role in both admission, treatment and discharge of patients. Because many of her activities are billed to the patient's insurance company, the social worker's job tasks (and her documentation of them) have a direct impact on the unit's revenue.

3.      When a patient is first admitted to the unit, the social worker has 72 hours in which to perform a psychosocial assessment, which is a five-page form used to determine the needs of the patient.  Because this assessment is used to determine the treatment needs of the patient, other members of the treatment team rely on her completion of admission assessment forms to fulfill their own job responsibilities.

4.      The New Day social worker is also responsible for conducting daily group therapy sessions with patients.  These sessions should last an hour, but are required to last at least forty minutes.  New Day requires that group therapy be done separately for both the low- and high-functioning groups.

5.      The New Day social worker must also plan for patient discharge.  The social worker must conduct Zung and GDS assessments to gauge patient improvement. If appropriate the social worker must make arrangements for a patient to be transferred to a state hospital or a transfer to a group home and must coordinate with patient families and outside agencies.  Patients cannot be discharged unless the social worker has done the required planning.

6.      Ms. Hawkins was frequently behind on her psychosocial assessments during her employment some were not completed until after patients had been discharged..  I warned her several times about the importance of completing these assessments in a timely manner; copies of the memoranda listing her delinquent reports are attached to my affidavit as Exhibit A.  Because Ms. Hawkins did not conduct these assessments on a timely basis, the unit could not bill for them.

7.      Some of Mental Health Technicians reported to me that Ms. Hawkins' group therapy sessions did not occur at all; others lasted only five minutes, even though

she would document them as a full hour. I confirmed on the treatment logs that there were many days when no treatment was conducted at all. Copies of these logs are attached to my affidavit as Exhibit B. Ms. Hawkins sometimes failed to properly document her therapy session in the patient files – in the absence of which we could not bill for the treatments.

8.    Although the average patient stay in the unit should be ten to twelve days, Ms. Hawkins patients typically stayed fourteen or more days, often because she failed to begin planning for their discharge early enough. In most cases, the Social Worker should begin planning for a patient's discharge shortly after the patient's needs are first assessed. Some of Ms. Hawkins' patients were discharged without a completed Zung or GDS assessment.

9.    The Social Worker was required to work and interact with the other members of the treatment team – doctors, nurses and mental health technicians. I observed Ms Hawkins being abrupt, short and rude with co-workers. Some co-workers complained to me that she "talked down to them" and was generally unapproachable and unhelpful. I also observed her treat patients (who had been admitted for psychiatric problems) curtly and bruskly, as well as asking sensitive questions of patients without taking precautions to protect the patient's privacy.

10.    In January 2004, I placed Ms. Hawkins on an Action Plan to address her performance problems. At no time during our discussions about her performance did Ms. Hawkins ever either dispute her indicated deficiencies, offer her vision problems as an excuse for her deficiencies, or request any help to perform her job responsibilities.

11.    In February 2004, Jennifer Simmons became Ms. Hawkins' supervisor. I was not involved in evaluating her performance after that point. I was not involved in the decision to terminate her employment.

_Sandra Fitzgerald_
Sandra Fitzgerald

SWORN TO and SUBSCRIBED before me this the ___20___ day of ___March___, 2006.

_Phyllis A Sexton_
NOTARY PUBLIC

My commission expires: _Sept 06, 06_

150054.doc

*Nancy,*
*These assessments must*
*be completed and filed in the*
*charts immed-*
*In the future, please have in chart no later than*
*3rd day of admission*

**New Day Senior Health**

*Thanks,*
*Sandra*

# Memo

**To:** Nancy Hawkins

**From:** Sandra Fitzgerald

**CC:** Psychosocial Assessment Reports ~~Due~~ *Delinquent*

**Date:** September 12, 2003

**Re:** Due Reports

---

| Discharge Dates | | Name | MR # |
|---|---|---|---|
| 1. | 06/04/03 | Love, Janie | 82778 |
| 2. | 06/13/03 | Henderson, Hazel | 83058 |
| 3. | 06/20/03 | Jones, Hattie | 01461 |
| 4. | 07/09/03 | Crowder, Patroma | 83538 |
| 5. | 07/10/03 | Beckworth, Myrain | 83618 |
| 6. | 07/15/03 | Hoxie, Mary | 83668 |
| 7. | 07/22/03 | Beasley, Jewel | 83729 |
| 8. | 07/24/03 | Williams, Dorothy | 83354 |
| 9. | 07/31/03 | Thomas, Helen | 06544 |
| 10. | 08/01/03 | Moye, Carol | 50552 |
| 11. | 08/08/03 | Williams, Essie | 24033 |
| 12. | 08/21/03 | Condrey, Cecil | 84074 |
| 13. | 08/21/03 | Mauldin, Frances | 44558 |
| 14. | 08/22/03 | Cade, Jean | 83125 |
| 15. | 08/22/03 | Kimbrough, James | 84150 |



EXHIBIT
A

• Page 1

| | | | |
|---|---|---|---|
| 16. | 08/22/03 | Willis, Anne | 76707 |
| 17. | 08/25/03 | Johns, Jessie | 83818   ? update |
| 18. | 08/26/03 | Brown, Queen | 84063 |
| 19. | 08/28/03 | McKinney, Robbie | 84186 |
| 20. | 09/04/03 | Eason, Patricia | 82342 |
| 21. | 09/04/03 | Walton, Mildred | 83561   ? update |

Sandra Fitzgerald, Program Director



9/12/03

• Page 2

Dale Medical Center/Hawkins - CONFIDENTIAL Documents Produced by Defendant

**New Day Senior Health**

# Memo



done
11/7/03

**To: Nancy Hawkins**

**From:** Sandra Fitzgerald

**CC:** Past due Psychosocial Assessment Reports

**Date: October 7, 2003**

**Re: Past Due Reports**

| Discharge Dates | Name | MR# |
|---|---|---|
| 1.  06/13/03 | Henderson, Hazel | 83058 |
| 2.  06/20/03 | Jones, Hattie | 01461 |
| 3.  07/15/03 | Hoxie, Mary | 83668 |
| 4.  07/22/03 | Beasley, Jewel | 83729 |
| 5.  07/31/03 | Thomas, Helen | 06544 |
| 6.  08/01/03 | Moye, Carol | 50552 |
| 7.  08/08/03 | Williams, Essie | 24033 |
| 8.  08/21/03 | Condrey, Cecil | 84074 |
| 9.  08/21/03 | Mauldin, Frances | 44558 |
| 10.  06/06/03 & 08/22/03 | Callie, Jean | 83125 |
| 11.  08/22/03 | Kimbrough, James | 84150 |
| 12.  08/22/03 | Willis, Anne | 76707 |
| 13.  08/25/03 | Johns, Jessie | 83818 ? update |
| 14.  08/26/03 | Brown, Queen | 84063 |
| 15.  09/28/03 | McKinney, Robbie | 84186 |

● Page 1

| 16. 07/03/03 & 09/04/03 | Walton, Mildred | 83561 |
| 17. 09/02/03 | Golden, Lois | 84278 |
| 18. 07/29/03 | Starling, Martin | 83833 |
| 19. 07/21/03 | Watson, Elizabeth | 83763 |
| 20. 07/23/03 | Tindol, Earline | 83759 |
| 21. 07/17/03 | Stephenson, Olean | 83670 |
| 22. 07/18/03 | Lewis, Myrtle | 83651 |
| 23. 07/25/03 | Fannin, William | 83578 |
| 24. 07/03/03 | Colon, Verdell | 83309 |
| 25. 07/02/03 | Mercer, Vannie | 83236 |
| 26. 07/24/03 | Shiver, Pete | 83202 |
| 27. 06/11/03 | Rogers, Melva | 83093 |
| 28. 06/05/03 | Campbell, Estelle | 83017 |
| 29. 05/29/03 | Henderson, Martha | 82905 |
| 30. 05/15/03 | Woodson, Delores | 82591 |
| 31. 04/04/03 | Clark, Willie | 82092 |
| 32. 04/25/03 | Walker, Louise | 82076 |
| 33. 06/18/03 | Rainey, Martha | 80057 |
| 34. 06/05/03 | McCarter, James | 67976 |
| 35. 06/11/03 | McDougald, Mary | 57620 |
| 36. 08/01/03 | Matthews, Benjamin | 29699 |
| 37. 08/15/03 | Banks, Flora | 26481 |
| 38. 08/08/03 | Donnell, Jessie | 25728 |
| 39. 07/24/03 | Smith, Maudie | 24296 |
| 40. 07/14/03 | Ruggiero, Dorothy | 22625 ? update |
| 41. 07/22/03 | Vesters, Shirley | 12476 |
| 42. 07/31/03 | Thomas, Helen | 06544 |
| 43. 03/02/03 | Lewis, Johnnie | 81594 |

● Page 2

Dale Medical Center/Hawkins - CONFIDENTIAL Documents Produced by Defendant

D00019

44. 03/01/03                    Creel, Frances                    81606

Dale Medical Center/Hawkins - CONFIDENTIAL Documents Produced by Defendant                    D00020

**New Day Senior Health**

# Memo

**To:** Nancy Hawkins

**From:** Sandra Fitzgerald

**CC:** Psychosocial Assessment Reports Due

**Date:** September 12, 2003

**Re:** Due Reports

| Discharge Dates | Name | MR # |
|---|---|---|
| 1. 06/04/03 | Love, Janie | 82778 |
| 2. 06/13/03 | Henderson, Hazel | 83058 |
| 3. 06/20/03 | Jones, Hattie | 01461 |
| 4. 07/09/03 | Crowder, Patroma | 83538 |
| 5. 07/10/03 | Beckworth, Myrain | 83618 |
| 6. 07/15/03 | Hoxie, Mary | 83668 |
| 7. 07/22/03 | Beasley, Jewel | 83729 |
| 8. 07/24/03 | Williams, Dorothy | 83354 |
| 9. 07/31/03 | Thomas, Helen | 06544 |
| 10. 08/01/03 | Moye, Carol | 50552 |
| 11. 08/08/03 | Williams, Essie | 24033 |
| 12. 08/21/03 | Condrey, Cecil | 84074 |
| 13. 08/21/03 | Mauldin, Frances | 44558 |
| 14. 08/22/03 | Cade, Jean | 83125 |
| 15. 08/22/03 | Kimbrough, James | 84150 |

● Page 1

| 16. | 08/22/03 | Willis, Anne | 76707 | ✓ |
| 17. | 08/25/03 | Johns, Jessie | 83818 | ? update ✓ |
| 18. | 08/26/03 | Brown, Queen | 84063 | ✓ |
| 19. | 08/28/03 | McKinney, Robbie | 84186 | ✓ |
| ~~20.~~ | ~~09/04/03~~ | ~~Eason, Patricia~~ | ~~82342~~ | |
| 21. | 09/04/03 | Walton, Mildred | 83561 | ? update ✓ |

7/3/03

*Sandra Fitzgerald* (signature)

Sandra Fitzgerald, Program Director

~~Lois Holden    84378    8/31/03~~

Starling, Martha  83833   7/22/03

Watson, Elizabeth  83763  7/17/03

● Page 2

Dale Medical Center/Hawkins - CONFIDENTIAL Documents Produced by Defendant

D00022

**New Day Senior Health**

# Memo

**To:**    Nancy Hawkins

**From:**  Sandra Fitzgerald

**CC:**

**Date:**  08/25/03

**Re: Due Reports**

---

The following Zung & GDS need to be turned into Lorie Ingram ASAP.

8/8 Brown, Queen - Admit

8/12 Cade, Jean - Admit    *pt. discharged - will require charges to pt. bill*

8/14 Walton, Mildred -- Admit

8/15 McKinney, Robbie -- Admit

8/21 Golden, Lois -- Admit

Sandra Fitzgerald, Program Director

● Page 1

SECTION VI
NEW DAY
Dale Medical Center - IP
JANUARY 2004

Statistics

Counseling Clinic's New Day Program
Daily Itemized Statement Covering JANUARY 2004

EXHIBIT

B

PENGAD·Bayonne, N. J.

Page 1 of 1

## SECTION VI
## NEW DAY
## Dale Medical Center - IP
## JANUARY 2004

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 234 |
| Patients Attending (Patient Days) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 234 |
| Admissions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discharges | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Counseling Clinic's New Day Program
## Daily Itemized Statement Covering JANUARY 2004

| DAY | CPT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registration | CPT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Occupational Assessment | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sensory Stimulation | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Education and Training Group | G0176 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Indiv. Therapy 20-30 Min | 90816 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psychosocial Assessment | 90801 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Therapy w/o Patient | 90846 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Therapy w. Patient | 90847 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Group Therapy | 90853 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Activity Therapy Group | G0176 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O. Group | G0129 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

http://newday.paincare.net/medical/Summary.asp?dateforsummary=200401

2/2/04

Dale Medical Center/Hawkins - CONFIDENTIAL Documents Produced by Defendant

## SECTION VI
## NEW DAY
## Dale Medical Center - IP
## JANUARY 2003

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 4 | 5 | 5 | 4 | 4 | 4 | 4 | 6 | 6 | 8 | 7 | 8 | 8 | 9 | 9 | 8 | 7 | 8 | 7 | 6 | 6 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 6 | 5 | 0 | 193 |
| Patients Attending (Patient Days) | 4 | 3 | 5 | 4 | 4 | 4 | 5 | 6 | 6 | 8 | 7 | 8 | 9 | 9 | 9 | 8 | 7 | 8 | 7 | 6 | 6 | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 6 | 5 | 0 | 0 | 193 |
| Admissions | 0 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 1 | 2 | 0 | 0 | 1 | 0 | 19 |
| Discharges | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 16 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Counseling Clinic's New Day Program
## Daily Itemized Statement Covering JANUARY 2003

| Description | CPT | DAY 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 |
| Sensory Stimulation | H5300 | | | | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education and Training Group | G0172 | 3 | 4 | | | | | | | 5 | | 6 | | | 6 | 5 | | | | | 6 | 2 | | 6 | 6 | 6 | | | 6 | 6 | 5 | | | | 73 |
| Individ. Therapy 20-50 Min. | 90816 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Psychosocial. Assessment | 90801 | 1 | 2 | | | | | | | | | 1 | | | | | | | | | | | | | | 2 | | | | | 2 | | | | 18 |
| Family Therapy w/o Patient | 90846 | 1 | 1 | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | 1 | | | | | 0 |
| Family Therapy w. Patient | 90847 | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | 0 |
| Group Therapy | 90853 | 4 | 3 | | | 5 | 5 | | 6 | 6 | | 6 | | | 9 | 9 | | | | | 5 | 5 | | 6 | | 6 | | 4 | 5 | 6 | 6 | | | | 134 |
| Activity Therapy Group | Q0082 | 4 | 4 | | 3 | 3 | 2 | | 2 | 2 | 3 | 6 | | | 2 | 3 | 5 | | | | 4 | 4 | | 5 | 5 | 5 | | 5 | 5 | 5 | 3 | | | | 86 |
| OT Group | G0129 | | | | | | | | | | | 3 | | | | | | | | | | | | | | | | | | | | | | | 10 |
| **Total** | | 3 | 18 | 8 | 7 | 8 | 14 | | 14 | 14 | 15 | 16 | | | 20 | 24 | 19 | | | | 11 | 12 | | 16 | 85 | 14 | | 9 | 18 | 18 | 15 | | | | 332 |

# SECTION VI
# NEW DAY
## Dale Medical Center - IP
### FEBRUARY 2003

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 6 | 7 | 7 | 8 | 8 | 8 | 7 | 6 | 6 | 8 | 8 | 8 | 6 | 5 | 5 | 6 | 7 | 6 | 5 | 5 | 6 | 6 | 6 | 6 | 8 | 9 | 8 | 7 | 0 | 0 | 0 | 0 | 189 |
| Patients Attending (Patient Days) | 6 | 7 | 7 | 8 | 8 | 8 | 7 | 6 | 6 | 8 | 8 | 8 | 6 | 5 | 5 | 6 | 7 | 6 | 5 | 5 | 6 | 6 | 6 | 6 | 8 | 9 | 8 | 8 | 0 | 0 | 0 | 0 | 189 |
| Admissions | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 0 | 0 | 2 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 22 |
| Discharges | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 2 | 1 | 0 | 0 | 2 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Counseling Clinic's New Day Program
### Daily Itemized Statement Covering FEBRUARY 2003

| Description | CPT | DAY 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | 5 | | | | | | | | 6 |
| Sensory Stimulation | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education and Training Group | G0172 | 6 | 6 | | | | | | 6 | 6 | 6 | | | | | 4 | | | 4 | | 2 | | | 4 | 4 | 8 | | 6 | | 6 | | | | 76 |
| Individ. Therapy 20-30 Min. | 90816 | | | | 2 | | | | | | | | | 3 | | | | | | 1 | | | | | 1 | 1 | | 1 | | | | | | 3 |
| Psychosocial Assessment | 90801 | | 1 | | | 2 | 1 | | | 1 | | | 2 | | 2 | | | 1 | | | | 1 | 2 | 2 | 1 | | | | | | | | | 15 |
| Family Therapy w/o Patient | 90846 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Family Therapy w. Patient | 90847 | | | | | | | 1 | | | 1 | | | | | | | | | | | 1 | | | | | | | | | | | | 3 |
| Group Therapy | 90853 | 5 | 6 | 7 | 8 | 3 | | 6 | 7 | 6 | 6 | 5 | 5 | 6 | 5 | 5 | 5 | 4 | 4 | 2 | 6 | | 4 | 6 | 6 | 7 | 6 | 7 | 6 | 10 | | | | 120 |
| Activity Therapy Group | Q0083 | 3 | 4 | | 8 | 3 | 2 | 5 | 4 | 5 | 5 | 5 | 4 | 4 | | 5 | 5 | 5 | | | | | | 4 | 4 | 5 | 5 | 5 | 4 | | | | | | 80 |
| OT Group | G0129 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| **Total** | | 14 | 22 | 18 | 13 | 7 | 14 | 6 | 12 | 14 | 15 | 13 | 9 | 14 | 14 | 14 | 8 | 4 | 3 | 10 | | 4 | 17 | 22 | 16 | 19 | 10 | | | | | | | 307 |

http://newday.paincare.net/medical/Summary.asp?dateforsummary=200302

3/6/03

D00136

# SECTION VI
## NEW DAY
### Dale Medical Center - IP
### MARCH 2003

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 7 | 6 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 5 | 5 | 5 | 6 | 7 | 7 | 5 | 6 | 7 | 6 | 6 | 6 | 5 | 6 | 8 | 8 | 7 | 6 | 5 | 5 | 5 | 0 | 165 |
| Patients Attending (Patient Days) | 7 | 6 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 5 | 5 | 5 | 6 | 7 | 7 | 5 | 6 | 7 | 6 | 6 | 6 | 5 | 6 | 8 | 8 | 7 | 6 | 5 | 5 | 5 | 0 | 165 |
| Admissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 18 |
| Discharges | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 8 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Counseling Clinic's New Day Program
### Daily Itemized Statement Covering MARCH 2003

| Description | CPT | DAY 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | | | | | | | | | | | | | | | | | | | | | | 4 | | | | | | | | | | | 8 |
| Sensory Stimulation | H5300 | | | | | | | | | | | 4 | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education and Training Group | G0177 | | | | | | | | | | | 5 | 5 | | 6 | 6 | 5 | 5 | 5 | | | | | 5 | | 5 | 6 | 6 | 7 | | 4 | 4 | | | 15 |
| Individ. Therapy 20-30 Min. | 90816 | 3 | | | 1 | 1 | 2 | 1 | 1 | | 5 | 5 | 5 | 5 | | 6 | 5 | 5 | 5 | | | | | | | 5 | | 1 | | 2 | 1 | | | | 8 |
| Psychosocial Assessment | 90801 | | | | | | | | | 3 | | | 2 | | 2 | | | | | 1 | 3 | | | | | | | 1 | | | | | | | 15 |
| Family Therapy w/o Patient | 90846 | | | | | | | | | | 5 | 5 | | 6 | | 6 | 6 | 6 | | 6 | 6 | 6 | | 5 | 5 | 5 | 6 | 6 | | 3 | | | | 0 |
| Family Therapy w/ Patient | 90847 | | | | | | | | | 5 | | 5 | 5 | 5 | 6 | 5 | 6 | 5 | 5 | 5 | 6 | | 2 | 5 | 2 | 5 | 5 | | | | | | | 1 |
| Group Therapy | 90853 | 7 | 4 | 2 | | | 1 | 5 | 5 | 5 | 5 | | 6 | 6 | | 6 | | 6 | 6 | 6 | 6 | 6 | | 5 | 5 | 5 | 6 | 6 | 6 | | 3 | | 4 | | 59 |
| Activity Therapy Group | Q0082 | 2 | 2 | | 2 | | | | | | | | | | | | | | | | | | | 2 | | 2 | 5 | | | | 3 | | 3 | | 59 |
| OT Group | G0129 | | | | | | 2 | | | | 4 | | | | | | | | | | | 2 | | | | | | | 1 | | | | | | 14 |
| **Total** | | 9 | | | 9 | 6 | | | 1 | 1 | 6 | 1 | | 1 | | | | | 12 | | 14 | 10 | | 9 | | 8 | 14 | | 18 | | 10 | | 19 | | 125 |



## SECTION VI
## NEW DAY
## Dale Medical Center - IP
## APRIL 2003

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 7 | 8 | 8 | 7 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 2 | 3 | 3 | 5 | 5 | 5 | 5 | 7 | 7 | 8 | 8 | 8 | 7 | 7 | 7 | 6 | 8 | 0 | 0 | 160 |
| Patients Attending (Patient Days) | 7 | 8 | 8 | 7 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 2 | 3 | 3 | 5 | 5 | 5 | 5 | 7 | 7 | 8 | 8 | 8 | 7 | 7 | 7 | 6 | 8 | 0 | 0 | 160 |
| Admissions | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 16 |
| Discharges | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 1 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 15 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# Counseling Clinic's New Day Program
## Daily Itemized Statement Covering APRIL 2003

| Description | DAY CPT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | 16 |
| Sensory Stimulation | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education and Training Group | G0172 | | 6 | | 3 | 3 | | 3 | 3 | 3 | | | | 1 | | | 1 | | 4 | 5 | | | | 6 | 5 | | | 6 | | 5 | | | | | 62 |
| Individ. Therapy 20-30 Min | 90816 | | 1 | | | | | | | | | | 1 | 1 | 3 | | 1 | | 2 | | | | | | 1 | | | | | 5 | | | | | 7 |
| Psychosocial Assessment | 90801 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 10 |
| Family Therapy w/o Patient | 90846 | | 1 | | | | | | | | | | | | | | | | | | | 1 | | | | | 3 | | | | | | | | 1 |
| Family Therapy w Patient | 90847 | | | | | | | | | | | | | | | | | | | | | | 1 | 2 | | | | | | | | | | | 3 |
| Group Therapy | 90853 | 6 | 6 | 5 | 5 | | 3 | | 4 | | 4 | | | | 2 | | 4 | 5 | 5 | 5 | | 6 | 7 | 6 | 5 | 6 | 5 | 8 | 5 | 6 | 7 | | | | 108 |
| Activity Therapy Group | Q0082 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| OT Group | G0129 | 4 | 5 | 4 | 5 | 2 | 4 | | 2 | | 6 | | | | 2 | 5 | 5 | 5 | | 4 | | | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 6 | 6 | | | | 96 |
| **Total** | | 7 | 21 | 11 | 10 | 8 | 12 | 9 | 6 | 9 | 6 | 2 | 3 | 7 | 5 | 5 | 9 | 14 | 9 | 10 | | 11 | 15 | 23 | 17 | 12 | 17 | 6 | 18 | 17 | 16 | | | 303 |

5/2/03

**SECTION VI**
**NEW DAY**
**Dale Medical Center - IP**
**MAY 2003**

**Statistics**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patients Attending (Patient Days) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admissions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discharges | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Counseling Clinic's New Day Program
## Daily Itemized Statement Covering MAY 2003

| DAY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Occupational Assessment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nursing Assessment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Education and Training Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Group Therapy Session Van | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psychosocial Assessment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

6/2/03

D00139

Page 1 of 1

## SECTION VI
## NEW DAY
## Dale Medical Center - IP
## JUNE 2003

### Statistics

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 7 | 7 | 7 | 6 | 7 | 7 | 7 | 8 | 8 | 9 | 8 | 8 | 9 | 8 | 8 | 9 | 9 | 8 | 8 | 9 | 9 | 9 | 8 | 8 | 9 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 232 |
| Patients Attending (Patient Days) | 7 | 7 | 7 | 6 | 7 | 7 | 7 | 8 | 8 | 9 | 8 | 8 | 9 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 8 | 8 | 9 | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 232 |
| Admissions | 0 | 1 | 1 | 2 | 3 | 2 | 0 | 0 | 0 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 2 | 2 | 3 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 |
| Discharges | 0 | 1 | 2 | 1 | 3 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 3 | 0 | 0 | 0 | 0 | 2 | 3 | 1 | 0 | 0 | 2 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 27 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Counseling Clinic's New Day Program
### Daily Itemized Statement Covering JUNE 2003

| Description | CPT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | | 1 | | 2 | | | | | 1 | | 2 | | | | 1 | | | 1 | 2 | 2 | | 3 | | 2 | | 1 | | | | | | 21 |
| Sensory Stimulation | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education and Training Group | G0172 | | | | 3 | | 8 | 8 | | | 6 | 3 | | 6 | 6 | | 3 | 8 | 8 | | 3 | 8 | 8 | 3 | 6 | 6 | | 7 | 7 | | | | | 64 |
| Indivd Therapy 20-30 Min. | 90816 | | 1 | 2 | | | | | | | 1 | 3 | | | 1 | | 3 | | | 1 | | | 1 | | 1 | | 1 | | 2 | | | | | 15 |
| Psychosocial Assessment | 90801 | 1 | | 1 | | | | | | | 1 | | 1 | 1 | 3 | | | | | 2 | | 2 | | 2 | 1 | | 1 | | 1 | 2 | | | | 20 |
| Family Therapy w/o Patient | 90846 | | | 1 | | | | | | | | | | | | | | | | 1 | | 1 | | 2 | | | | 2 | | 3 | | | | 5 |
| Family Therapy w Patient | 90847 | | | 1 | 1 | | | | | | 1 | 2 | 1 | | | | | | | | 1 | | 1 | | | 1 | | | | | | | | 5 |
| Group Therapy | 90853 | | | 5 | 4 | 6 | 8 | 8 | | | 8 | 6 | 8 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | | 8 | 6 | 6 | | 6 | 8 | 8 | | | 119 |
| Activity Therapy Group | Q0082 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| OT Group | G0129 | 5 | 3 | | 4 | 3 | 5 | 5 | | | 6 | 3 | 7 | 6 | 6 | 6 | 8 | 6 | 6 | 6 | 6 | 6 | 5 | 1 | 5 | 5 | 5 | 5 | 6 | 8 | 6 | | | 88 |
| **Total** | | 10 | 9 | 13 | 13 | 8 | 16 | 16 | | | 24 | 15 | 18 | 16 | 22 | 18 | 29 | 16 | 18 | 20 | 23 | 20 | 24 | 14 | 20 | 21 | 20 | 27 | 23 | 30 | 19 | | | 335 |

http://newday.paincare.net/medical/Summary.asp?dateforsummary=200306

7/1/03

Page 1 of 1

**SECTION VI**
**NEW DAY**
**Dale Medical Center - IP**
**JULY 2003**

| Statistics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Involved in Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patients Attending Clinical Days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Admissions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discharges | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Counseling Clinic's New Day Program**
**Daily Itemized Statement Covering JULY 2003**

| DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

P. 1 of 1

## SECTION VI
## NEW DAY
## Dale Medical Center - IP
## AUGUST 2003

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 8 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 9 | 8 | 8 | 7 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 6 | 6 | 6 | 5 | 5 | 4 | 3 | 3 | 3 | 203 |
| Patients Attending Assessment | 8 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 9 | 8 | 8 | 7 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 9 | 6 | 6 | 6 | 5 | 5 | 4 | 3 | 3 | 3 | 203 |
| Admissions | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 3 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 23 |
| Discharges | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | |
| APC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Counseling Clinic's New Day Program
## Daily Itemized Statement Covering AUGUST 2003

| DAY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psychiatric Assessment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nursing Stimulation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Education and Training Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Individual Therapy 20-30 Min | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psychosocial Assessment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pain Through w/ Patient | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Group Therapy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**SECTION VI**
**NEW DAY**
**Dale Medical Center - IP**
**SEPTEMBER 2003**

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 4 | 4 | 3 | 5 | 5 | 9 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 9 | 9 | 8 | 8 | 6 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 9 | 8 | 0 | 0 | 250 |
| Patients Attending (Patient Days) | 4 | 4 | 3 | 5 | 5 | 9 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 9 | 9 | 8 | 8 | 6 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 8 | 0 | 0 | | 250 |
| Admissions | 0 | 1 | 2 | 2 | 1 | 0 | | 0 | | 0 | | 1 | 0 | | 0 | 2 | 0 | 3 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | | | 25 |
| Discharges | 0 | 2 | 0 | 2 | 0 | 0 | | 0 | 1 | 0 | | 1 | 0 | | 0 | 2 | 1 | 2 | 0 | 0 | 0 | 3 | 1 | 0 | 0 | 2 | 2 | 0 | 1 | 0 | | | 19 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 |

## Counseling Clinic's New Day Program
## Daily Itemized Statement Covering SEPTEMBER 2003

| Description | CPT | DAY 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sensory Stimulation | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Education and Training Group | G0172 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Indiv. Therapy 2 - 30 Min. | 90826 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psychosocial Assessment | 90801 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Therapy w/o Patient | 90846 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Therapy w. Patient | 90847 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Group Therapy | 90853 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Activity Therapy Group | G0088 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OT Group | G0129 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Page 1 of 1

## SECTION VI
## NEW DAY
## Dale Medical Center - IP
## OCTOBER 2003

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 8 | 6 | 6 | 6 | 6 | 6 | 7 | 7 | 8 | 10 | 9 | 8 | 9 | 10 | 10 | 9 | 9 | 9 | 9 | 9 | 8 | 7 | 7 | 9 | 8 | 8 | 8 | 10 | 7 | 7 | 6 | 248 |
| Patients Attending (Patient Days) | 8 | 6 | 6 | 6 | 6 | 6 | 7 | 7 | 8 | 10 | 9 | 8 | 9 | 10 | 10 | 9 | 9 | 9 | 9 | 9 | 8 | 7 | 7 | 9 | 8 | 8 | 8 | 10 | 7 | 7 | 6 | 248 |
| Admissions | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 2 | 0 | 3 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 20 |
| Discharges | 3 | 1 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 3 | 0 | 1 | 0 | 3 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 0 | 22 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Counseling Clinic's New Day Program
## Daily Itemized Statement Covering OCTOBER 2003

| Description | DAY | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CPT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Cnts |
| Occupational Assessment | H5300 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | 28 |
| Sensor. Stimulation | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education and Training Group | G0172 | 6 | 5 | 5 | 6 | | 6 | 8 | | 7 | 8 | | | | 4 | 8 | | 4 | 8 | 5 | | 6 | 6 | 6 | 6 | 8 | 8 | 10 | 6 | 3 | 6 | | | 165 |
| Individ. Therapy 20-30 Min | 90816 | 2 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 2 | 1 | | | 1 | | | | 7 |
| Psychosocial Assessment | 90801 | 1 | 2 | 1 | | | | 2 | | 3 | | | | 2 | 1 | | | | | | | 2 | 1 | | | | | 1 | | | | | | 18 |
| Family Therapy w/o Patient | 90846 | 1 | | | | | 1 | | | | | | | | 1 | | | | | 1 | | | 1 | 3 | | | | | | | | | | 8 |
| Family Therapy w. Patient | 90847 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Group Therapy | 90853 | 3 | 6 | 5 | | 5 | | 8 | 7 | 9 | | 8 | 8 | 8 | 9 | 9 | 8 | 6 | 5 | 6 | 6 | 6 | | 4 | 6 | 6 | 5 | 6 | | | | | | 167 |
| Activity Therapy Group | Q0082 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| OT Group | G0129 | 5 | 4 | | 5 | 5 | 4 | 1 | 5 | | | | 8 | 8 | 4 | 6 | | | 5 | | | 4 | | 6 | 6 | | 6 | 8 | | 5 | | | | 122 |
| | Total | 15 | 9 | 18 | 12 | 13 | 12 | 14 | 25 | 26 | 22 | 16 | 15 | 27 | 21 | 19 | 21 | 14 | 12 | 30 | 15 | 18 | 17 | 19 | 21 | 23 | 30 | 25 | 20 | 13 | 13 | | | 577 |

http://newday.paincare.net/medical/Summary.asp?dateforsummary=200310

11/3/03

# SECTION VI
# NEW DAY
## Dale Medical Center - IP
### NOVEMBER 2003

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 6 | 6 | 7 | 7 | 7 | 7 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 8 | 8 | 9 | 10 | 9 | 7 | 7 | 7 | 10 | 10 | 8 | 5 | 7 | 7 | 8 | 8 | 8 | 0 | 0 | 226 |
| Patients Attending (Patient Days) | 6 | 6 | 6 | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 8 | 8 | 8 | 9 | 9 | 9 | 7 | 7 | 7 | 10 | 10 | 8 | 5 | 7 | 7 | 8 | 8 | 8 | 0 | 0 | 226 |
| Admissions | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| Discharges | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 2 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Counseling Clinic's New Day Program
### Daily Itemized Statement Covering NOVEMBER 2003

| Description | CPT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | | | 1 | 1 | 1 | | | | | | | | | | | | | | 2 | | | | 3 | | 3 | 1 | 3 | | | | | | 20 |
| Sensory Stimulation | H5300 | | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 |
| Education and Training Group | G0172 | 4 | 5 | 5 | | 6 | | 4 | | | 6 | | 6 | 5 | 8 | 6 | 7 | 8 | | 6 | 6 | 5 | 6 | | 6 | 5 | 4 | | 6 | 7 | 5 | | | | 146 |
| Individ. Therapy 20-30 Min. | 90815 | | | | | | | | | | | | | | | | | | 1 | | 1 | | | | | | | | | 1 | | | | | 3 |
| Psychosocial Assessment | 90801 | | | | | | 1 | | | | 2 | | | | | | | | | | | | | | 4 | | | 1 | | | | | | | 19 |
| Family Therapy w/o Patient | 90846 | | | | | | | 1 | | | | | | | | | 3 | | | | | | | | | | | | 1 | | | | | | 6 |
| Family Therapy w. Patient | 90847 | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | 1 | | | | | | 6 |
| Group Therapy | 90853 | 6 | | 6 | | 8 | 8 | 6 | 8 | | 8 | | 6 | | | | X | 8 | 8 | | 6 | 6 | 9 | 9 | 9 | | 3 | | 6 | | 6 | | | | 128 |
| Activity Therapy Group | Q0082 | | | 6 | | 6 | | 6 | 6 | | | | | | | | | | | | 6 | 6 | | | | | 6 | | | | 6 | | | | 54 |
| OT Group | G0129 | | | | | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 108 |
| Total | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Pr  1 of 1

# SECTION VI
# NEW DAY
## Dale Medical Center - IP
### DECEMBER 2003

## Statistics

| Statistics | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients Enrolled (Census) | 8 | 6 | 8 | 8 | 9 | 10 | 10 | 9 | 8 | 8 | 9 | 9 | 9 | 9 | 8 | 9 | 8 | 7 | 8 | 10 | 8 | 8 | 10 | 10 | 9 | 9 | 8 | 8 | 8 | 8 | 7 | 0 | 262 |
| Patients Attending (Patient Days) | 8 | 6 | 8 | 8 | 9 | 10 | 10 | 9 | 8 | 8 | 9 | 9 | 9 | 9 | 8 | 9 | 8 | 8 | 8 | 10 | 8 | 8 | 10 | 10 | 9 | 9 | 8 | 8 | 8 | 8 | 7 | 0 | 262 |
| Admissions | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 2 | 0 | 26 |
| Discharges | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 4 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 3 | 2 | 0 | 0 | 27 |
| APC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Counseling Clinic's New Day Program
## Daily Itemized Statement Covering DECEMBER 2003

| Description | CPT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupational Assessment | H5300 | | 2 | 1 | | 1 | | | | | | 1 | 1 | | | 2 | 1 | | 1 | | 2 | | | 3 | | | | | | 1 | | 2 | 20 |
| Sensory Stimulation | H5300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education and Training Group | G0172 | 4 | 7 | 6 | 7 | 8 | 8 | 6 | 6 | 3 | 6 | 5 | 7 | 7 | 6 | 5 | 4 | 7 | 6 | 8 | 5 | 4 | 6 | 7 | | | | | | | | | 152 |
| Individ. Therapy 20-30 Min. | 90816 | 1 | 1 | | | | | | | | | | | | | | | | 1 | | 1 | | | | | | | | | | | | 4 |
| Psychosocial Assessment | 90801 | | 2 | | | 1 | | | | 2 | | | 2 | | 1 | 1 | 1 | 1 | | 1 | | 2 | 3 | | | | 1 | | | | | | 16 |
| Family Therapy w/o Patient | 90846 | | | | | | | | | | | | | 1 | | | 1 | | | | | | | | | | | | | | | | 3 |
| Family Therapy w Patient | 90847 | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | | | | | 3 |
| Group Therapy | 90853 | 5 | 7 | 5 | | 8 | 8 | 7 | 8 | 6 | 6 | 6 | 9 | | 9 | 6 | 6 | 6 | 9 | 8 | 8 | | 1 | | 9 | 9 | 9 | 2 | 7 | | | | 143 |
| Activity Therapy Group | Q0082 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| OT Group | G0129 | 5 | 4 | 6 | 8 | | 7 | 6 | 6 | 5 | 6 | 5 | 7 | | 8 | 6 | 7 | 7 | | 8 | 8 | 10 | | 6 | 7 | 5 | 9 | 6 | 6 | 6 | 6 | 8 | 121 |
| Total | | 15 | 11 | 24 | 20 | 16 | 17 | 15 | 20 | 18 | 18 | 18 | 21 | 19 | 7 | 26 | 12 | 23 | 16 | 19 | 25 | 17 | 25 | 17 | 10 | 6 | 17 | 5 | 9 | 6 | 22 | 13 | 462 |

Page 1 of 1

## SECTION VI
## NEW DAY
## Dale Medical Center - IP
## FEBRUARY 2004

| Statistics | | |
|---|---|---|
| Patients Enrolled (Census) | | |
| Patients Attending (Patient Days) | | |
| Admissions | | |
| Discharges | | |
| ADC | | |

### Counseling Clinic's New Day Program
### Daily Itemized Statement Covering FEBRUARY 2004

| Description | DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Occupational Assessment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sensory Stimulation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Education and Training Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Individual Therapy 20-30 Min | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Psychosocial Assessment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Therapy w/o Patient | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Therapy w/ Patient | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Group Therapy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Activity Therapy Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OT Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

http://newday.paincare.net/medical/Summary.asp?dateforsummary=200402