IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv540-SRW |
| ) | |
| DALE MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on March 23, 2006. The parties are DIRECTED to comply with the order of this court entered on October 7, 2005 (Doc. # 13), which establishes the briefing schedule and a requirement for courtesy copies.

Done, this 24th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE