IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY HAWKINS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NUMBER: |
| | * | 1:05CV540 W |
| DALE MEDICAL CENTER, | * | |
| | * | |
| Defendant. | * | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, Nancy Hawkins, a/k/a Nancy Hawkins-Kahn in the above-styled matter, by and through counsel, and hereby requests that this Honorable Court allow her additional time in filing her Brief in Opposition to the Defendant's Motion for Summary Judgment and for reasons therefore states the following:

1. That on or about October 7, 2005, this Honorable Court entered an Order directing the moving party file to its brief and evidentiary submission along with the motion for summary judgment.

2. That on March 23, 2006, the moving party, Dale Medical Center filed its Motion for Summary Judgment and Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

3. That on or about April 14, 2006, the Plaintiff responded to the Defendant's Motion for Summary Judgment and Memorandum of Law in Support of Defendant's Motion for Summary Judgment, but was unable to file said responses electronically due to a transmission problem with the electronic filing system. However, in lieu of not being

able to file said responses electronically, the Plaintiff mailed her responses by via regular certified mail and post marked on said same date.

4. That on April 17, 2006 the Plaintiff's attorney spoke to Judge Walker's secretary only to find out that said responses were due on April 13, 2006 by the court calculations, a day before Plaintiff sent her responses.

5. Plaintiff would make known to the Court that the due date was inadvertently miscalculated, and further that said Plaintiff's counsel apologizes both to the Court and Defendant's Counsel for any inconvenience and delay that this may have caused.

6. That Defendant's attorney has been contacted and has no objection in allowing the Plaintiff's attorney additional time to file Plaintiff's response to Defendant's Motion for Summary Judgment.

DONE the 18th day of April, 2006.

Respectfully submitted,

**HALL, SMITH, PRIM & FREEMAN, P.A.**

/s/ **Banks T. Smith**
BANKS T. **SMITH (SMI 101)**
Attorney for Plaintiff
P.O. Box 1748
Dothan, AL 36302-1748
334-793-3610
FAX 334-671-1843

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing the same in the United States Mail, properly addressed and first class postage prepaid:

Albert L. Vreeland, II
Lehr, Middlebrooks, Price & Vreeland, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945

This the 18th day of April, 2006.

/s/ Banks T. Smith
OF COUNSEL