

PLAINTIFF'S EXHIBIT "2"

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE MIDDLE DISTRICT OF ALABAMA
 3                    SOUTHERN DIVISION
 4
 5
 6   NANCY HAWKINS,              )
 7          Plaintiff,            ) CIVIL ACTION NO.:
 8   Vs.                          ) 1:05CV540 SRW
 9   DALE MEDICAL CENTER,         )
10          Defendant.            )
11
12
13
14        The deposition of SANDRA FITZGERALD
15   taken pursuant to the Federal Rules of Civil
16   Procedure before Karen D. Strickland, Court
17   Reporter and Notary Public, State at Large, at
18   the law offices of Hall, Smith, Prim & Freeman,
19   P.A., 360 North Oates Street, Dothan, Alabama,
20   on the 21st day of March, 2006, commencing at
21   approximately 9:00 a.m.
22
23
```

COPY

1   A.  My ex-husband wanted to move here and
2 go to the aviation school in Ozark.
3   Q.  Have you lived here continuously --
4 when I say here, in the southeast part of the
5 state, since that time?
6   A.  In Ozark.
7   Q.  Have you ever been arrested or
8 convicted of anything?
9   A.  No.
10  Q.  Have you ever been involved in any
11 kind of lawsuit where you were a plaintiff or a
12 defendant, where you were suing somebody or
13 somebody was suing you for anything?
14  A.  No.
15  Q.  Have you ever given a deposition
16 before like you're doing here today?
17  A.  No.  I forgot to tell you about
18 speeding tickets.  Do you want those?
19  Q.  No, I don't care about your speeding
20 tickets.
21  A.  Okay.
22  Q.  Let me ask you, you currently hold a
23 license in Alabama for -- professional license?

1  run this section, through your employer, for the
2  hospital, correct?
3      A.  Yes.
4      Q.  Are there nurses assigned to this
5  particular unit?
6      A.  Yes.
7      Q.  And how many nurses are generally
8  assigned to this particular unit per shift or
9  per day?
10     A.  Per shift it's one RN and one LPN, per
11 shift.
12     Q.  And where do those nurses come from?
13 I guess let me ask it this way.  Are these Dale
14 County Medical Center employees, these nurses?
15     A.  Yes.
16     Q.  Are you basically in charge or in
17 control of them while you're working?
18     A.  They have a nurse manager, but, yes,
19 in part I am.
20     Q.  Who is the nurse manager in charge of
21 them?
22     A.  Her name, currently it's Donna
23 Calloway.

1  here today, how has that structure worked and
2  how has it changed?
3      A.  In the beginning I was overseeing the
4  social worker and the activities therapist,
5  simply because the nurse manager, in starting up
6  a new unit, really did not know the nurses, and
7  used to overseeing other nurses did not know the
8  duties of the social worker or the activities
9  therapist.  And that was just in the beginning
10 until we pretty-much got established.  It stayed
11 that way up until the time that -- under Nancy's
12 employment.
13     Q.  So when Nancy kind of came in under
14 the original -- and I'll use the word regime,
15 but I think we all know it sounds bad.  But
16 under the original regime, Nancy was working
17 basically directly for you?
18     A.  Yes.
19     Q.  Then that changed at some point.  What
20 time frame would that have changed?
21     A.  As far as date, that would have been
22 like later in her employment when I felt like
23 she might think that I had a personal issue with

17

1  her.
2       Q.   And what led up to their concern that
3  there might be a personal issue?  Explain to me
4  what you're talking about.
5       A.   Well, I had talked with her several
6  times, counseled with her several times, and
7  since I was the one that was directly counseling
8  with her, and she was abrupt and sometimes short
9  with me, and I had some difficulty getting the
10 policies followed and the actual work done, I
11 thought it might be a problem -- that she might
12 perceive a problem between she and I.
13          And so since that position should be
14 supervised by a hospital employee first, ahead
15 of me, I felt like that I should just turn that
16 position over to the nurse manager, where it
17 should have been in the first place, and step
18 aside from that and, you know, let a hospital
19 employee evaluate the situation and go -- go
20 from there with it.
21      Q.   Okay.  Do you recall what time frame
22 that was specifically?
23      A.   I don't remember the exact time frame.

1  I would probably have to look at the file.
2      Q.   Who would have come in behind you and
3  become responsible for Ms. Hawkins?
4      A.   Jennifer Simmons.
5      Q.   Now, did Ms. Hawkins have any kind of
6  limitations physically in her employment that
7  you were aware of?
8      A.   She did.
9      Q.   And what were those?
10     A.   Her vision.
11     Q.   And when you say her vision, tell me
12 what you understood the problems or issues
13 relating to her vision were.
14     A.   She told me she was legally blind and
15 she used a magnifying glass to read with.
16     Q.   Did she have to do that at work when
17 you were present?
18     A.   Yes.
19     Q.   Did she ever talk to you or request
20 any enlarged documentation to be used for
21 filling out reports and things that she required
22 on her job?
23     A.   No.

```
 1        Q.   You never had any discussions with her
 2   about -- did she ever make or utilize any
 3   enlarged documents that she was told she could
 4   not utilize in her employment?
 5        A.   No.
 6        Q.   How did she deal with the documents
 7   that you do have, or that you did have then?
 8        A.   She used her -- I think she called it
 9   an eyepiece or eyeglass, and she put it on the
10   paper and then she would write here.
11        Q.   Did that cause her to be slower at
12   doing those kind of reports than people that did
13   not have the vision problems, that you noticed
14   by your own observation?
15        A.   Probably a little slower.
16        Q.   Now, how many evaluations do you
17   recall doing on Ms. Hawkins?
18        A.   I know I did a 90-day and a yearly.
19        Q.   Do you know how many yearlies you
20   would have done?  Do you recall?
21        A.   I would think one yearly.
22        Q.   I will show you what I hopefully got
23   put together correctly, a document I'm going to
```

20

1  mark for your deposition as Plaintiff's Exhibit
2  1, and ask you if you will look at that and
3  identify what that is for me.
4
5         (Whereupon, Plaintiff's Exhibit 1
6          was marked for identification and
7          same is attached hereto.)
8
9     A.   (Witness Reviewing Document).
10    Q.   First of all, let me just ask you,
11 does your signature appear on that document, on
12 that first page?
13    A.   On the first page?
14    Q.   Did I give you the wrong -- I might
15 have this in the wrong order, I'm sorry.  Would
16 it be on the last page maybe?
17    A.   Yes.
18    Q.   This document is dated when?
19    A.   It's dated 1/9/04.
20    Q.   And do you know what -- again, as you
21 look at that document, does that remind you as
22 to what time frame you possibly would have
23 transferred the supervision of Ms. Hawkins over

1   and you discuss that evaluation together; is
2   that correct?
3       A.   Yes.
4       Q.   You scored her, I believe, on this
5   evaluation, as I understand your scoring system
6   here, you rated her at 80 points which would
7   have put her in, Consistently Meets Standards
8   and Competencies; is that correct?
9       A.   Yes.
10      Q.   Did you make any type of comments or
11  suggestions as to areas that she needed to work
12  or improve?
13      A.   I did on a separate plan.
14      Q.   And when did that plan come into
15  being, or when did it come into existence?
16      A.   After the evaluation I put together
17  the results and put it on an Action Plan.
18
19          (Whereupon, Plaintiff's Exhibit 2
20          was marked for identification and
21          same is attached hereto.)
22
23      Q.   I'm going to show you what's marked as

23

1  Plaintiff's Exhibit Number 2. Is that the
2  Action Plan you're referring to?
3      A.   Yes.
4      Q.   Does that contain your signature?
5      A.   No.
6      Q.   Whose signature does that contain?
7      A.   That's Nancy's.
8      Q.   And who else is on there that signed
9  below that, do you know? Can you identify that
10 writing?
11     A.   That looks like where she started to
12 sign and was on the wrong line.
13     Q.   So your signature does not appear on
14 Plaintiff's Exhibit Number 2?
15     A.   I don't know why.
16     Q.   And Plaintiff's Exhibit Number 2 is
17 not a part of, or attached, or was attached, to
18 Plaintiff's Exhibit Number 1 on the 13th when
19 you discussed it with Ms. Hawkins?
20     A.   No, because it was not prepared.
21     Q.   Were there areas in that Plaintiff's
22 Exhibit Number 2 that would have been covered
23 within the evaluation in Plaintiff's Exhibit

```
 1   Number 1 as well?
 2        A.   It was all covered during the time of
 3   the evaluation.
 4        Q.   Okay.  Maybe you didn't understand my
 5   question.  Maybe I didn't ask it clearly.  The
 6   deficiencies you referred to in Plaintiff's
 7   Exhibit Number 2, were those areas that would
 8   have been covered under that Job Evaluation in
 9   Plaintiff's Exhibit 1 in which you scored or
10   indicated in Plaintiff's Exhibit Number 1 that
11   there were problems or deficiencies in that
12   document?
13        A.   Yes.
14        Q.   And if you would, can you kind of take
15   me through where you say, in essence, that, what
16   I told her in Plaintiff's Exhibit Number 2 are
17   areas where I rated her poorly in Plaintiff's
18   Exhibit Number 1?  Does that make sense?
19        A.   Let me say, I did not design this job
20   description, or this evaluation.  But on Number
21   1, Maintain a professional relationship with
22   other staff members and function as a team
23   member.  And B, on Number 2, Establish and
```

```
 1  to the effect -- and I'm not going to exactly
 2  quote, but did you ever ask her why she was
 3  working at her age with her eye problems, or did
 4  you ever make any comments relating to either
 5  her age or her eye problems in discussions you
 6  had with her?
 7       A.   During the interview she --
 8       Q.   During any time you worked with her?
 9
10            MR. VREELAND:  I think that was
11       the first part of her answer.
12
13       Q.   Okay.  I'm sorry, go ahead.
14       A.   Yes.  During the interview, I, of
15  course, realized that Nancy was using a
16  magnifying glass to read the job description,
17  and -- but she assured me that she didn't have
18  any problem with her vision as far as her work
19  would be concerned.  She seemed very competent
20  with her eyeglass, and I took her at her word
21  for that.
22       Q.   Did you ever make any similar comments
23  to any of your other employees or co-employees,
```

REPORTER CERTIFICATE

STATE OF ALABAMA    )
COUNTY OF HOUSTON   )

    I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

    I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in any way interested in the result of said cause.

    Certified this the 11th day of April, 2006.

_____
KAREN D. STRICKLAND
Certified Shorthand Reporter
(334) 793-3673