PLAINTIFF'S
EXHIBIT

"4"

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF ALABAMA

3                  SOUTHERN DIVISION

4

5

6    NANCY HAWKINS,                    )

7          Plaintiff,                  )   CIVIL ACTION NO.:

8    Vs.                               )   1:05CV540 SRW

9    DALE MEDICAL CENTER,              )

10         Defendant.                  )

11

12

13

14         The deposition of SHEILA DUNN taken

15   pursuant to the Federal Rules of Civil Procedure

16   before Karen D. Strickland, Court Reporter and

17   Notary Public, State at Large, at the law

18   offices of Hall, Smith, Prim & Freeman, P.A.,

19   360 North Oates Street, Dothan, Alabama, on the

20   21st day of March, 2006, commencing at

21   approximately 11:00 a.m.

22

23                           **ORIGINAL**

10

1    correct to make sure I understand.

2        A.    Typically, I think as Sandra tried to

3    explain, she would not have had direct

4    supervision over the social worker, but because

5    of her background as a case manager, she assumed

6    supervision of the social worker as a matter of

7    trying to assist her.  They were setting up that

8    unit.  Everything was new.  We had never had a

9    geri-psych unit at Dale Medical Center.  So the

10   nurses, the nurse manager, everyone that worked

11   back there, they were in a learning curve.

12       Q.    Now, as the HR person, you understood

13   Ms. Hawkins had come in and was hired -- was she

14   hired by you or was she hired by Ms. Fitzgerald?

15       A.    Ms. Fitzgerald.

16       Q.    She went through a 90-day probationary

17   period; that is, as a Dale County employee,

18   correct?

19       A.    Correct.

20       Q.    And she was evaluated at that time to

21   determine whether or not she did or did not pass

22   that 90-day period, correct?

23       A.    Correct.

38

REPORTER CERTIFICATE

STATE OF ALABAMA      )

COUNTY OF HOUSTON   )

I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in any way interested in the result of said cause.

Certified this the 11th day of April, 2006.

KAREN D. STRICKLAND
Certified Shorthand Reporter
(334) 793-3673