PLAINTIFF'S EXHIBIT "5"

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| NANCY HAWKINS,           ) | |
|     Plaintiff,     ) | CIVIL ACTION NO.: |
|                         ) | 1:05CV540 SRW |
| Vs.                       ) | |
| DALE MEDICAL CENTER,      ) | |
|     Defendant.    ) | |

The deposition of JENNIFER SIMMONS taken pursuant to the Federal Rules of Civil Procedure before Karen D. Strickland, Court Reporter and Notary Public, State at Large, at the law offices of Hall, Smith, Prim & Freeman, P.A., 360 North Oates Street, Dothan, Alabama, on the 21st day of March, 2006, commencing at approximately 10:30 a.m.

COPY

```
 1     A.    4/8/04.
 2     Q.    Tell me about how that came about
 3  being created.
 4     A.    How do you mean?
 5     Q.    Tell me what led to that being written
 6  and signed by both you and Ms. Hawkins.
 7     A.    Well, it would have been probably
 8  through things that I had noticed she was not
 9  doing, which led to this being drawn up.
10     Q.    Did she ever discuss with you the need
11  to utilize larger letter forms to do her reports
12  on, other than documents that were provided to
13  her?
14     A.    Not with me, that I recall, no.
15     Q.    Do you ever recall her getting some
16  documents blown up herself and being told by you
17  that she could not use those documents or those
18  forms?
19     A.    No.
20     Q.    Were you aware of any limitations
21  or -- physical limitations that Ms. Hawkins had?
22     A.    Yes, I was aware.
23     Q.    And what were those, that you recall?
```

1    A.    I know that she used a magnifying
2  glass to see her forms.
3    Q.    Anything else?
4    A.    No.
5    Q.    Did you ever talk to her about what
6  those problems were or what required that?
7    A.    In what way?
8    Q.    Did you ever discuss with her, did she
9  ever discuss with you, what those difficulties
10 were that required her to use a magnifying glass
11 to read?
12   A.    I knew -- I knew why.  She discussed
13 that with a lot of people informally, but
14 never -- (stops talking).
15   Q.    And what was that you heard discussed
16 or what did you understand?
17   A.    Well, I just remember that she would
18 make comments about how -- you know, different
19 things. But not as it being a problem, but just
20 that she would have to find her magnifying glass
21 to -- before she could -- she would have to
22 leave the nurse's station, maybe, to go to her
23 office to get her magnifying glass and come back

1  to the nurse's station before she could, you
2  know, fill out a form. Just things like that.
3      Q.  Any of these discussions with you,
4  either through Ms. Hawkins or other people in
5  the Dale County Medical Center, that she was
6  legally blind?
7      A.  Repeat that.
8      Q.  Were you aware, either through direct
9  conversations with Ms. Hawkins or from any other
10 employees at the hospital, that she was legally
11 blind?
12     A.  Yes.
13     Q.  Did you know whether or not she could
14 drive an automobile?
15     A.  I knew that she could not.
16     Q.  And your testimony -- let me make sure
17 I clarify that, ask the question right. Did she
18 ever request of you or talk to you about using
19 larger form documents to try to speed up her
20 report process because of her vision problems?
21     A.  No.
22     Q.  Did she ever ask you for any kind of
23 consideration or combination to help her because

34

REPORTER CERTIFICATE

STATE OF ALABAMA    )
COUNTY OF HOUSTON   )

I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in any way interested in the result of said cause.

Certified this the 11th day of April, 2006.

_____
KAREN D. STRICKLAND
Certified Shorthand Reporter
(334) 793-3673