PLAINTIFF'S EXHIBIT "6"

COPY

```
1              IN THE UNITED STATES DISTRICT COURT
2              FOR THE MIDDLE DISTRICT OF ALABAMA
3                       SOUTHERN DIVISION
4
5
6    NANCY HAWKINS,               )
7           Plaintiff,            ) CIVIL ACTION NO.:
8    Vs.                          ) 1:05CV540 SRW
9    DALE MEDICAL CENTER,         )
10          Defendant.             )
11
12
13
14         The deposition of BARBARA HAMILTON taken
15   pursuant to the Federal Rules of Civil Procedure
16   before Karen D. Strickland, Court Reporter and
17   Notary Public, State at Large, at the law
18   offices of Hall, Smith, Prim & Freeman, P.A.,
19   360 North Oates Street, Dothan, Alabama, on the
20   21st day of March, 2006, commencing at
21   approximately 2:10 p.m.
22
23
```

13

1  any reference to Ms. Hawkins's age?
2      A.  I heard multiple people do that, but
3  they do that about me also.
4      Q.  Did you hear Ms. Fitzgerald say
5  anything, though, about Ms. Hawkins's age?
6      A.  I cannot specifically tell you a time.
7      Q.  Can you tell me a comment she made
8  about Ms. Hawkins's age?
9      A.  I can't remember a specific comment.
10     Q.  Can you generally remember what she
11 would say about her age?
12     A.  Man, you're going to get into my
13 mental capacity.  I think most of her comments
14 were made about the discharge planning.
15     Q.  Okay.
16     A.  The work.
17     Q.  Okay. Do you remember any comment --
18 or did Ms. Fitzgerald make any comments about
19 Ms. Hawkins' vision limitation?
20     A.  There's another one.  You know, I
21 really truly do not remember her making a
22 comment about the visual.  I don't.  I cannot be
23 specific, so I have to say I don't remember.

15

EXAMINATION

BY MR. SMITH:

Q. Where do you work now, Ms. Hamilton?

A. I work at Covenant Hospice.

Q. Where is that at?

A. Dothan, Alabama.

Q. Now, let me see if I can clarify. Is it your testimony here today that you don't recall Ms. Fitzgerald ever making comments to the effect that she didn't understand why Ms. Hawkins was still working at her age with her eye problems? Do you ever remember discussions with Ms. Fitzgerald to that effect?

A. No, sir. No. That specific comment, no. And I think my answer was, I really don't remember a specific comment.

Q. What do you remember generally? That's what I'm trying to understand.

A. Generally about the charting, the discharge planning.

Q. Was there ever any comments about her age or any other comments about her vision that you recall specifically?

16

1  A. Specifically from Ms. Fitzgerald?
2  Q. Yes, ma'am.
3  A. I can't say specifically from her. I
4  can say there was comments continuously,
5  generally through the staff.
6  Q. Right. And regarding Ms. Hawkins?
7  A. Yes.
8  Q. Regarding her age and her vision
9  problems?
10 A. Yes.
11 Q. When you say generally through the
12 staff, who are we talking about?
13 A. Oh, man. You can talk about -- you
14 can talk about the home health aids. You can
15 talk about a bunch of women talking about a
16 bunch of women.
17 Q. So that was common. Was Ms.
18 Fitzgerald present during those conversations
19 where Ms. --
20 A. Who was that?
21 Q. Was Ms. Fitzgerald present during the
22 --
23 A. I don't remember.

20

REPORTER CERTIFICATE

STATE OF ALABAMA    )
COUNTY OF HOUSTON   )

    I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

    I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in any way interested in the result of said cause.

    Certified this the 11th day of April, 2006.

_____
KAREN D. STRICKLAND
Certified Shorthand Reporter
(334) 793-3673