




**New Day Senior Health**
**Of Dale Medical Center**

**Job Specifications and Evaluation**

RECEIVED
SEP 1 2004

**Job Title:** SOCIAL WORKER

**ACCOUNTABILITY:**
Supervisor's Title: Program Director
Supervises: Para-professionals, Co-workers, and Social Work Students
For: Standards outlined in the Job Specifications

## I. JOB SUMMARY:

The Social Worker is repsonsible for providing quality patient care, displaying advanced skills in social assessments, treatment planning and discharge planning. The social worker will lead Primary Treatment Modalities, Group, Family and Individual Therapies. As a multidisciplinary team member, he/she is expected to participate in community outreach programs, host-dacility relationships and education.

## II. MAJOR DUTIES AND RESPONSIBITITES:

| | Possible Performance Points |
|---|---|
| Patient Care | 60 |
| Professional Responsibilites | 30 |
| Quality Improvement | 10 |
| Total | 100 |

Rationale for Major Duties and Responsibilities:
(Essential Functions)

1. The performance of this function is the reason that the job exists.
2. There are limited employees among whom the performance of this function can be distributed.
3. This function is highly specialized. The employees are hired for the skill/sbility to perform this function.
4. This function occupies a great deal of the employee's time.
5. Failure to perform this function may have serious consequences.

PLAINTIFF'S EXHIBIT 1

IAW OSHA REGULATIONS THIS JOB IS CLASSIFIED AS A CATEGORY 1, 2, 3, (SEE ATTACHED EXPLANATION) #2





6. The function was performed by past employees, and is performed by current employees.

RECEIVED SEP 1 2004

III. DUTIES AND RESPONSIBILITIES:

A. Patient Care - ~~60~~ 55 Points Possible 45 Points Accomplished (Essential Function)

7 (10) Complete an age specific psychosocial evaluation on assigned patients in a timely fashion.

12 (15) Conduct Group, Individual, and Family Therapy sessions focusing on the primary issues of the patient.

8 (10) Engage in timely, efficient discharge planning, assuring the transition of patients to the appropriate level of care as determined by the patient's needs.

4 (5) Attend and participate in multidisciplinary treatment staffing and in the development and revision of treatment plans.

5 (5) Assist in the orientation of new patients to the program.

5 (5) Provide for patient comfort, safety, respect and confidentiality.

4 (5) Complete documentation requirements in a timely manner in accordance with program standards.

N/A (5) Conduct/coordinate pre-admission screenings as assigned.

B. Professional Responsibilities - 30 Points Possible 26 Points Accomplished (Essential Function)

5 (5) Maintain competencies as required by program standards and credentialing organizations.

1 (2) Establish and maintain a cooperative, professional relationship with the host facility personnel and external agencies.

2 (2) Provide educational inservices to the para-professional staff, families and community as requested.

2 (2) Operate as a liaison between patients, families, and other healthcare providers.

3 (5) Follow the policies and procedures of the program.







2 (2) Supervise professional students or co-workers as requested.

5 (5) Adhere to billing requirements to ensure appropriate reimbursement.

5 (5) Participate in the conversion of program inquiries into assessments or admissions.

1 (2) Maintain good attendance, a professional appearance and a positive punctuality history.

RECEIVED SEP 1 2004

C. Quality Improvement - 10 Points Possible 9 Points Accomplished
(Important Function)

2 (2) Participate in the collection, collation and evaluation of data for outcome studies.

2 (2) Consider/process feedback regarding performance to improve competence.

1 (2) Assist in developing and updating community resources directory for program use.

2 (2) Identify/report variables affecting the quality care provided to patients in a timely manner.

2 (2) Participate in the program quality improvement process and utilization review.

| | Maximum Points Possible | Points Scored |
|---|---|---|
| A. Patient Care | ~~60~~ 55 | 45 |
| B. Professional Responsibilities | 30 | 26 |
| C. Quality Improvement | 10 | 9 |
| Total | 100 95 | 80 |

Rating Statements

- Consistently Exceeds All Standards and Competencies 100 - 90
- Consistently Meets Standards and Competencies 89 - 70
- Partially Meets Standards and Competencies 69 - 51
- Does Not Meet Standards 50 - 0

IV. EDUCATION, TRAINING AND EXPERIENCE REQUIRED:

A. Education-

- Masters degree in social work from an accredited university.

B. Training-

- Licensed and registered to practice social work in the assigned state.
- Eligible to meet the qualifications of the host facility.
- Documented training related to the primary population served within the past year.

C. Experience-

- One field placement or one years experience in working with the primary psychiatric population served.

V. PRIMARY POPULATION SERVED: (circle all which apply)

Children Adolescents  Adults  Geriatrics

Special Needs: ______________________________

RECEIVED
SEP 1 2004

VI. MENTAL AND PHYSICAL DEMANDS:

- Ability to utilize reasoning and problem solving skills.
- Ability to physically assist patients.

VII. WORKING CONDITIONS:

The job is subject to normal indoor working conditions with adequate lighting and ventilation. Possible exposure to second-hand cigarette smoke if requested to escort/supervise patients in a designated smoking area. Working with patients who have the potential for angry, violent or combative outburst.

VIII. EXPOSURE CATEGORY: II

Category I - Tasks that involve exposure to blood, body fluids or tissues.

Category II - Tasks that involve no exposure to blood, body fluids, or tissues but employment may require performing unplanned Category I tasks.

Category III - Tasks that involve no exposure to blood, body fluids, or issues; unplanned Category I tasks are not a condition of employment.





All job specifications listed indicate the minimum level of knowledge, skills and/or ability deemed necessary to perform the job proficiently. The job's specifications are not to be construed as an exhaustive statement of duties, responsibilities, or requirements. Employees will be required to perform all tasks in accordance to established standards of care. Employees will be required to perform any other job-related instruction as requested by their supervisor subject to reasonable accommodations.

I have read and understood the job specifications and evaluation process of this position. I have been given a personal copy of the job specifications and program specific competencies.

Employee's Signature: Mary E Hawkins
Date: 8-13-04

Supervisor's Signature: Sandra Fitzgerald, RN-
Date: 1/9/04

RECEIVED
SEP 1 2004