PLAINTIFF'S EXHIBIT 118

## SOCIAL WORKER ACTION PLAN

| DEFICIENCY | CORRECTIVE ACTION | TARGET DATE |
|---|---|---|
| DEFENSIVE ATTITUDE AND DIFFICULTY GETTING ALONG WITH OTHER STAFF MEMBERS. DIFFICULTY FUNCTIONING AS A TEAM MEMBER. | MAINTAIN PROFESSIONAL RELATIONSHIP WITH OTHER STAFF MEMBERS. FUNCTION AS A TEAM MEMBER. | 1/12/04 AND CONTINUING |
| LACK OF INVOLVEMENT IN TREATMENT PLANNING AND REVISION. | ASSIST NURSE TO WRITE PROBLEM STATEMENT AND LEAD TREATMENT PLAN REVISION TEAM. | 1/12/04 AND CONTINUING |
| INADEQUATE FAMILY CONTACT AND FAMILY THERAPY SESSIONS | FAMILY THERAPY SESSIONS TO BE PROVIDED AT LEAST ONCE WEEKLY PER DR ORDER | 1/12/04 AND CONTINUING |
| INADEQUATE INDIVIDUAL THERAPY SESSIONS | INDIVIDUAL THERAPY TO BE SCHEDULED WHEN PSYCHO-SOCIAL COMPLETED. | 1/12/04 AND CONTINUING |
| DISCHARGE PLANNING NOT DONE IN TIMELY MANNER | DISCHARGE PLANNING TO BE STARTED ON ADMISSION WITH TENTATIVE DISPOSITION PLANNED WITHIN ONE WEEK. | 1/12/04 AND CONTINUING |

NEW DAY PROGRAM DIRECTOR TO REASSESS LEVEL OF DEFICIENCIES IN 60 DAYS – MARCH 12, 2004

EMPLOYEE SIGNATURE/DATE _____ 1/14/04
PROGRAM DIRECTOR SIGNATURE/DATE _____

PLAINTIFF'S EXHIBIT 2