IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION

NANCY HAWKINS,                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          )      CIVIL ACTION NO. 1:05cv540-SRW
                                  )
DALE MEDICAL CENTER,              )
                                  )
            Defendant.            )

**ORDER**

Upon consideration of plaintiff's motion for extension of time (Doc. # 19), filed April

17, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 19th day of April, 2006.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE