**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NANCY HAWKINS,** * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | **CIVIL ACTION NUMBER:** |
| * | **1:05CV540 W** |
| **DALE MEDICAL CENTER,** * | |
| * | |
| Defendant. * | |

**REPORT OF FACE-TO-FACE SETTLEMENT CONFERENCE**

COMES NOW the Plaintiff, Nancy Hawkins, a/k/a Nancy Hawkins-Kahn in the above-styled matter, by and through counsel, and hereby reports to the court that the parties have had face-to-face settlement negotiations. The parties agree at this time that further settlement negotiations may necessary be after the court's ruling on Summary Judgment issues.

DONE the 19th day of April, 2006.

Respectfully submitted,

**HALL, SMITH, PRIM & FREEMAN, P.A.**

**/s/ Banks T. Smith**
BANKS T. SMITH (SMI 101)
Attorney for Plaintiff
P.O. Box 1748
Dothan, AL 36302-1748
334-793-3610
FAX 334-671-1843

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing the same in the United States Mail, properly addressed and first class postage prepaid:

Albert L. Vreeland, II
Lehr, Middlebrooks, Price & Vreeland, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945

This the 19th day of April, 2006.


                    **/s/ Banks T. Smith**_____
                    OF COUNSEL