IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY HAWKINS,    )<br>            )<br>    Plaintiff,    )<br>            )<br>v.        )<br>            )<br>DALE MEDICAL CENTER,    )<br>            )<br>    Defendant.    ) | CIVIL ACTION NO. 1:05CV540-SRW<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered on this date granting defendant's motion for summary judgment, it is the ORDER, JUDGMENT and DECREE of this court that plaintiff's claims are DISMISSED with prejudice. Costs are taxed against plaintiff.

DONE, this 31st day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE