# BILL OF COSTS

| United States District Court | DISTRICT<br>MIDDLE DISTRICT OF ALABAMA |
|---|---|
| NANCY HAWKINS,<br><br>v.<br><br>DALE MEDICAL CENTER, | DOCKET NO.<br>1:05cv540 W |
| | MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on May 31, 2006 against Plaintiff Nancy Hawkins, the clerk is requested to tax the following as costs:

**BILL OF COSTS**

| | |
|---|---:|
| Fees of the clerk ........................................................ $ | |
| Fees for service of summons and complaint ............................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ............................... | 100.00 |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses (itemized on reverse side) ........................... | 43.56 |
| Fees for exemplification and copies of papers necessarily obtained for use in case ........................................................ | |
| Docket fees under 28 U.S.C. § 1923 ...................................... | |
| Costs incident to taking of depositions ................................. | 537.90 |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Other costs (Please itemize) **In-house photocopies** ................... | |
| | |
| TOTAL   $ | 681.46 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: Banks T. Smith, Esq., P.O. Box 1748, Dothan, AL 36302.

SIGNATURE OF ATTORNEY _____
Albert L. Vreeland, II, Esq.

FOR: __Defendant Dale Medical Center__       DATE June 5, 2006
Name of claiming party

| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | DATE AND TIME |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED |
| CLERK OF COURT | (BY) DEPUTY CLERK      DATE |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE Days | ATTENDANCE Total Cost | SUBSISTENCE Days | SUBSISTENCE Total Cost | MILEAGE Miles | MILEAGE Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| Barbara G. Hamilton<br>1305 Circleview Drive<br>Dothan, AL  36201 | 1 | $40.00 | | | 8 | 3.56 | 43.56 |
| | | | | | | **TOTAL** | 43.56 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| NANCY HAWKINS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NUMBER: |
|  | ) 1:05cv540 W |
| DALE MEDICAL CENTER, | ) |
| Defendant. | ) |

## DEFENDANT'S CLAIM FOR PHOTOCOPYING EXPENSES

| DATE | DOCUMENT COPIED | PURPOSE (OR RECIPIENT OF COPY) | PAGES IN ORIGINAL | NO. COPIES MADE | TOTAL NO. PAGES COPIED | COPY PRICE PER PAGE | TOTAL COPY CHARGE |
|---|---|---|---|---|---|---|---|
| 3/23/2006 | Def.'s Motion for Summary Judgment/ Memorandum of Law | Judge Walker Def.'s Counsel | 18 | 2 |  | .15 | $ 5.40 |
| 3/23/2006 | Defendant's Evidentiary Submission | Judge Walker Def.'s Counsel | 128 | 2 |  | .15 | 38.40 |
| 4/25/2006 | Def.'s Motion to Strike | Def.'s Counsel | 4 | 1 |  | .15 | .60 |
| 4/25/2006 | Def.'s Reply to Plntf's Opposition to Summary Judgment | Def.'s Counsel | 12 | 1 |  | .15 | 1.80 |
| 10/3/2005 | Document Production | Plntfs' Counsel | 251 | 1 |  | .15 | 37.65 |
|  |  |  |  |  |  | TOTAL | $83.85 |

154974.doc

**LEGALINK**
A WORDWAVE COMPANY
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

Foshee & Turner
1933 Richard Arrington Jr Blvd S
Birmingham, AL 35209
tel (800) 888-3376
tel (205) 251-4200
fax (205) 252-5644
www.legalink.com

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11045872 | 01/24/2006 | 1101-45827 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/19/2006 | NOAKCI | |

**CASE CAPTION**

Nancy Hawkins vs. Dale Medical Center    389-/

**TERMS**

Due upon receipt

Albert L. Vreeland, II
Lehr, Middlebrooks, Price & Vreeland, P.C.
2021 3rd Avenue North
Birmingham, AL 35203

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Nancy Hawkins-Kahn                    87 Pages @      2.95/Page       256.65
        EXHIBITS                          40 Pages @       .35/Page        14.00
        ATTENDANCE                                                         50.00
        Compressed                                                           n/c
        Word Index                                                           n/c
        TotalTranscript                                                    35.00
        Processing Fee                                                     15.00
        Exhibit Tabs                      15.00    @          .20           3.00

                                         TOTAL    DUE    >>>>             373.65
```

HAPPY NEW YEAR from all of us at Foshee & Turner Legalink!
Please forward all payments to :
Foshee & Turner, a LegaLink Company, PO Box 538477, Atlanta, GA  30353-8477

PAID
JAN 2 5 2006
BY: 20893

TAX ID NO. : 04-3437378                                (205) 326-3002    Fax (205) 326-300

**Court Reporting Associates, Inc.**
Post Office Box 1995
256 Honeysuckle Road, Suite 23 - Brightleaf Court
Dothan, Alabama 36302
334.793.3673 (office) ** 334.702.9679 (fax)

Albert L. Vreeland, II
Lehr, Middlebrooks, Price &
Vreeland, P.C.
Post Office Box 11945
Birmingham, Alabama 35202

Invoice No.   KS12716
Invoice Date  04/11/06

IN RE:   Hawkins Vs Dale Medical Center

*Thank you very much !!*

Attendance Date:  03/21/06
Per Diem:  .50 Days @ 100.00        50.00
Original Pages:  20  @   3.75       75.00
Certified Copies: 109  @  1.75     190.75
Exhibits                             1.50
Travel
P&H                                  8.00
Other  (Condenseds)                 20.00

TOTAL   $345.25

Depos of Fitzgerald, Dunn,
Simmons and Hamilton

APR 2 1 2006
BY: 2/285

**Thank You!**
*Invoice due when rendered.*
*Please refer to invoice number when remitting payment.*

**Employer Identification No. 20-1443028**

# CHECK REQUEST/REIMBURSEMENT    (BILLABLE)

TODAY'S DATE:    March 6, 2006    NEEDED BY:    ASAP

RETURN TO:    Linda Whitman

PAYABLE TO:    Barbara G. Hamilton

WHAT FOR:    Witness fee and mileage for deposition

**TRAVEL EXPENSE:**

| | |
|---|---|
| Dates Traveled | |
| Destination | |
| Hotel Expense | 0 |
| Cost of Meals | 0 |
| Airfare | 0 |
| Parking | 0 |
| Rental Car | 0 |
| Phone | 0 |
| Other | 0 |
| Mileage    8    x    .445    = | 3.56 |
| TOTAL EXPENSES FOR TRIP: | $ 0.00 |

TO UPDATE TOTALS, CLIC ON THE TOTA AND PRESS F

**OTHER EXPENSE: $40.00 witness fee**

| TOTAL OTHER EXPENSES | $40.00 |
|---|---|

**CHARGE TO:**

*Paid 3-6-06*
*Ck # 21072*

CLIENT:    Dale Medical Center        CLIENT:

MATTER:    Nancy Hawkins        MATTER:

C/M #:    389-017        C/M:

AMOUNT:    $ 43.56        AMOUNT:

149685.doc

**ATTACH RECEIPTS OR INVOICES FOR ALL EXPENSES**