# BILL OF COSTS

| United States District Court | DISTRICT<br>MIDDLE DISTRICT OF ALABAMA |
|---|---|
| NANCY HAWKINS,<br><br>v.<br><br>DALE MEDICAL CENTER, | DOCKET NO.<br>1:05cv540 W |
| | MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on May 31, 2006 against Plaintiff Nancy Hawkins, the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---:|
| Fees of the clerk ................................................................. $ | |
| Fees for service of summons and complaint ................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................. | 100.00 |
| Fees and disbursements for printing ........................................... | |
| Fees for witnesses (itemized on reverse side) .............................. | 43.56 |
| Fees for exemplification and copies of papers necessarily obtained for use in case ................................................................... | |
| Docket fees under 28 U.S.C. § 1923 ........................................... | |
| Costs incident to taking of depositions ........................................ | 537.90 |
| Costs as shown on Mandate of Court of Appeals .......................... | |
| Other costs (Please itemize) **In-house photocopies** ..................... | |
| **TOTAL** $ | 681.46 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: Banks T. Smith, Esq., P.O. Box 1748, Dothan, AL 36302.

SIGNATURE OF ATTORNEY _____
Albert L. Vreeland, II, Esq.

FOR: __Defendant Dale Medical Center__          DATE June 5, 2006
Name of claiming party

| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | DATE AND TIME<br>6-6-06 |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED<br>$ 681.46 |
| CLERK OF COURT<br><br>*Debra P. Hackett* | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>6-6-06 |